AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 5 - 8 7 2

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___5___ COPIES OF AO FORM 85.

___Dec 16, 2005___    ___[signature] Dennis W. Davidson___
(Date forms issued)    (Signature of Party or their Representative)

___DENNIS W. DAVIDSON___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action