IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PREFERRED TAX SERVICE, INC.<br>a Delaware corporation<br>　　　　　Plaintiff,<br>　　　v.<br>THE TAX AUTHORITY, INC.<br>a New Jersey corporation<br>　　　and<br>KENNETH M. LEESE<br>　　　and<br>ROBERT A. PIANE<br>　　　and<br>ROBERT A. PIANE, JR.<br>　　　and<br>PIANE CATERERS, INC.<br>A Delaware corporation<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:05-CV-00872 (SLR) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Erin Edwards, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Howard A. Rosenthal, Patrick J. Doran and Kevin C. Rakowski (the "Admittees"), each of Pelino & Lentz, P.C., to represent The Tax Authority, Inc. and Kenneth M. Leese, defendants in the above-captioned case. The Admittees are admitted, practicing, and in good standing as members of the Bar of the State of Pennsylvania. Each of the Admittees have executed certifications which are attached hereto as Exhibits A, B and C respectively.

Dated: December 28, 2005

Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsels' motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Judge

DB01:1919034.3

057326.1001

## EXHIBIT A

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid (✓) to the Clerk of Court, or, if not paid previously, the fee payment will be submitted (_) to the Clerk's Office upon the filing of this motion.

Signed: _____
Howard A. Rosenthal

Date: 12/28/05

Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393

## EXHIBIT B

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid (✓) to the Clerk of Court, or, if not paid previously, the fee payment will be submitted (__) to the Clerk's Office upon the filing of this motion.

Signed: _____
Patrick J. Doran

Date: 12-28-05

Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393

## EXHIBIT C

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid (✓) to the Clerk of Court, or, if not paid previously, the fee payment will be submitted (__) to the Clerk's Office upon the filing of this motion.

Signed: _____
Kevin C. Rakowski

Date: 12/28/05

Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393