

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC.<br>a Delaware corporation<br>        Plaintiff,<br>v.<br>THE TAX AUTHORITY, INC.<br>a New Jersey corporation<br>        and<br>KENNETH M. LEESE<br>        and<br>ROBERT A. PIANE<br>        and<br>ROBERT A. PIANE, JR.<br>        and<br>PIANE CATERERS, INC.<br>a Delaware corporation<br>Defendants. | **SUMMONS IN A CIVIL CASE**<br>Civil Action No. _____ |

FILED
DEC 2 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-872 SLR

2005 DEC 16 PM 4:18
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO:
    The Tax Authority
    c/o Janice E. Clifton
    7 Hayes Court
    Wilmington, DE 19808

    Kenneth Leese
    327 Tom Brown Road
    Morristown, NJ 08057

    Robert A. Piane
    4625 Sylvanus Drive
    Rockland Hills
    Wilmington, DE 19803

    Piane Caterers, Inc.
    c/o Richard E. Franta
    Suite 102, The Dorset
    1301 N. Harrison St.
    Wilmington, DE 19806

    Robert A. Piane, Jr.
    790 Salem Church Road
    Newark, DE 19702

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY, J. R. Julian, 824 North Market Street, Suite 1001, Wilmington, DE 19801 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                DEC 1 6 2005
Clerk                                                  Date

_____
(By) Deputy Clerk

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-19-2005 |
| NAME OF SERVER (PRINT) Ken Clifton | TITLE Legal Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 7 Hayes Court, Wilmington, DE 19804

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Ken Clifton

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-19-05
            Date

Signature of Server

827 King Street
Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.