IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE


ORIGINAL

| | | |
|---|---|---|
| PREFERRED TAX SERVICE, INC.<br>a Delaware corporation<br>    Plaintiff, | : | **SUMMONS IN A CIVIL CASE**<br>Civil Action No. _____ |
| v. | : | |
| THE TAX AUTHORITY, INC.<br>a New Jersey corporation<br>    and<br>KENNETH M. LEESE<br>    and<br>ROBERT A. PIANE<br>    and<br>ROBERT A. PIANE, JR.<br>    and<br>PIANE CATERERS, INC.<br>a Delaware corporation<br>    Defendants. | : | 05-872 SLR<br><br>FILED<br>DEC 29 2005<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

TO:  The Tax Authority      Kenneth Leese      Robert A. Piane
     c/o Janice E. Clifton    327 Tom Brown Road   4625 Sylvanus Drive
     7 Hayes Court         Morristown, NJ 08057   Rockland Hills
     Wilmington, DE 19808                            Wilmington, DE 19803

     Piane Caterers, Inc.     Robert A. Piane, Jr.
     c/o Richard E. Franta   790 Salem Church Road
     Suite 102, The Dorset   Newark, DE 19702
     1301 N. Harrison St.
     Wilmington, DE 19806

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY, J. R. Julian, 824 North Market Street, Suite 1001, Wilmington, DE 19801 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                     DEC 16 2005
_____          _____
Clerk                                             Date
_____
(By) Deputy Clerk

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/19/05 |
| NAME OF SERVER (PRINT) Corey Hill-UPO | TITLE Legal Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Mary Leese For Kenneth Leese

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/05
              Date

Signature of Server

TriState Courier & Carriage, Inc.
827 King Street
Wilmington, DE. 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.