

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| PREFERRED TAX SERVICE, INC. | : | **SUMMONS IN A CIVIL CASE** |
|---|---|---|
| a Delaware corporation | : | Civil Action No. _____ |
|     Plaintiff, | : | |
| v. | : | |
| THE TAX AUTHORITY, INC. | : | |
| a New Jersey corporation | : | |
| and | : | |
| KENNETH M. LEESE | : | |
| and | : | |
| ROBERT A. PIANE | : | |
| and | : | |
| ROBERT A. PIANE, JR. | : | |
| and | : | |
| PIANE CATERERS, INC. | : | |
| a Delaware corporation | : | |
| Defendants. | : | |

FILED DEC 2 9 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05-872 SLR

TO:
| | | |
|---|---|---|
| The Tax Authority<br>c/o Janice E. Clifton<br>7 Hayes Court<br>Wilmington, DE 19808 | Kenneth Leese<br>327 Tom Brown Road<br>Morristown, NJ 08057 | Robert A. Piane<br>4625 Sylvanus Drive<br>Rockland Hills<br>Wilmington, DE 19803 |
| Piane Caterers, Inc.<br>c/o Richard E. Franta<br>Suite 102, The Dorset<br>1301 N. Harrison St.<br>Wilmington, DE 19806 | Robert A. Piane, Jr.<br>790 Salem Church Road<br>Newark, DE 19702 | |

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY, J. R. Julian, 824 North Market Street, Suite 1001, Wilmington, DE 19801 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   DEC 1 6 2005
_____           _____
Clerk                                                        Date
  Evette Watson
_____
(By) Deputy Clerk

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/19/05 |
| NAME OF SERVER (PRINT) Corey Armistead | TITLE | Legal Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Jm Lynch for Robert Pieno_

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/05
           Date

Signature of Server

TriState Courier & Carriage, Inc.
827 King Street
Wilmington, DE 19801

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.