**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC. <br> a Delaware corporation <br>     Plaintiff, <br> v. <br> THE TAX AUTHORITY, INC. <br> a New Jersey corporation <br>     and <br> KENNETH M. LEESE <br>     and <br> ROBERT A. PIANE <br>     and <br> ROBERT A. PIANE, JR. <br>     and <br> PIANE CATERERS, INC. <br> a Delaware corporation <br>     Defendants. | : **SUMMONS IN A CIVIL CASE** <br> :   Civil Action No. _____ <br> : <br> : <br> : <br> : |

FILED DEC 2 9 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05-872 SLR

2005 DEC 16 PM 4:10

TO:
| The Tax Authority <br> c/o Janice E. Clifton <br> 7 Hayes Court <br> Wilmington, DE 19808 | Kenneth Leese <br> 327 Tom Brown Road <br> Morristown, NJ 08057 | Robert A. Piane <br> 4625 Sylvanus Drive <br> Rockland Hills <br> Wilmington, DE 19803 |
|---|---|---|
| Piane Caterers, Inc. <br> c/o Richard E. Franta <br> Suite 102, The Dorset <br> 1301 N. Harrison St. <br> Wilmington, DE 19806 | Robert A. Piane, Jr. <br> 790 Salem Church Road <br> Newark, DE 19702 | |

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY, J. R. Julian, 824 North Market Street, Suite 1001, Wilmington, DE 19801 an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            DEC 1 6 2005
Clerk                                                Date
*Evette Walters* (signature)
(By) Deputy Clerk

◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-19-05 |
| NAME OF SERVER (PRINT) Jacob Leach | TITLE Legal Courier |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 790 Salem Church Road Newark, DE 19702

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-19-2005
               Date

Signature of Server

827 King Street
Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.