IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., : | |
| : | Civil Action No. |
| Plaintiff, : | 1:05-CV-00872-SLR |
| : | |
| v. : | |
| : | |
| THE TAX AUTHORITY, INC., et al., : | |
| : | |
| Defendants. : | |

**MOTION TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT OF DEFENDANTS, THE TAX AUTHORITY, INC., AND KENNETH M. LEESE**

For the reasons set forth in the attached Memorandum of Law, which is incorporated by reference, defendants, The Tax Authority, Inc., and Kenneth M. Leese, request that the Court dismiss plaintiff's Verified Complaint in its entirety.

/s/ Erin D. Edwards
Erin D. Edwards (No. 4392)
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6552
(302) 576-3471 (Fax)

*Attorney for Defendants
The Tax Authority and
Kenneth M. Leese*

**OF COUNSEL:**
Howard A. Rosenthal
Patrick J. Doran
Kevin C. Rakowski
Pelino & Lentz, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536 (Fax)

DATED: December 30, 2005