IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC., :
: Civil Action No.
       Plaintiff, : 1:05-CV-00872-SLR
:
v. :
:
THE TAX AUTHORITY, INC., et al.,:
:
       Defendants. :

### ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion to Dismiss Plaintiff's Verified Complaint of Defendants, The Tax Authority, Inc., and Kenneth M. Leese, and plaintiff's response thereto, and the supporting Memoranda of Law, it is ORDERED that plaintiff's Verified Complaint is dismissed in its entirety.

BY THE COURT:

_____
Honorable Sue L. Robinson, U.S.D.J.