IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., : | |
| : | Civil Action No. |
| Plaintiff, : | 1:05-CV-00872-SLR |
| : | |
| v. : | |
| : | |
| THE TAX AUTHORITY, INC., et al., : | |
| : | |
| Defendants. : | |

**APPENDIX TO BRIEF IN SUPPORT OF MOTION OF
THE TAX AUTHORITY, INC. AND KENNETH M. LEESE
TO DISMISS PLAINTIFF'S VERIFIED COMPLAINT**

**OF COUNSEL:**
Howard A. Rosenthal
Patrick J. Doran
Kevin C. Rakowski
Pelino & Lentz, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536 (Fax)

DATED: December 30, 2005

Erin D. Edwards (No. 4392)
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6552
(302) 576-3471 (Fax)

*Attorney for Defendants
The Tax Authority and
Kenneth M. Leese*

## TABLE OF CONTENTS

Customer List . . . . . . . . . . . . . . . . . . . . A 1

Bonavitacola Electric Contractor, Inc. v. Boro
Developers, Inc., 2003 U.S.App.LEXIS 27918
(3d Cir. October 30, 2003) . . . . . . . . . . . . A 18

Dionisi v. DeCampli, 1995 Del.Ch.LEXIS 88
(Del.Ch. June 28, 1995) . . . . . . . . . . . . . . A 25

Hunter v. Diocese of Wilmington, 1987 Del.Ch.
LEXIS 468 (Del.Ch. 1987) . . . . . . . . . . . . . A 43

Huntington Homeowners Association, Inc. v. 706
Investments, 1999 Del.Ch.LEXIS 119 (Del.Ch.
1999) . . . . . . . . . . . . . . . . . . . . . . A 51

International Fidelity Insurance Co. v. Mattes
Electric, Inc., 2002 Del.Super.LEXIS 441
(Del.Super. June 27, 2002) . . . . . . . . . . . . A 57

Kirkwood Kin Corp. v. Dunkin' Donuts, Inc.,
1997 Del.Super.LEXIS 30 (Del.Super. Jan. 29,
1997) . . . . . . . . . . . . . . . . . . . . . . A 60

William Lloyd, Inc. v. Hrab, 1999 Del.Super.
LEXIS 276 (Del.Super. April 7, 1999) . . . . . . . A 79

MacInnis v. Charles F. Hill Construction, Inc.,
1981 Del.Super.LEXIS 693 (Del.Super. December 18,
1981) . . . . . . . . . . . . . . . . . . . . . . A 85

Nielsen Electronics Institute v. Student Finance
Corp., 2001 U.S.Dist.LEXIS 25556 (D.Del.
2001) . . . . . . . . . . . . . . . . . . . . . . A 87

Sanirab Corporation v. Sunroc Corporation, 2002
Del.Super.LEXIS 350 (April 29, 2002) . . . . . . . A 98

Savor, Inc. v. FMR Corp., 2001 Del.Super.LEXIS
170 (Del.Super. April 24, 2001) . . . . . . . . . A 105

Supra Medical Corp. v. Baker, 1996 U.S.Dist.
LEXIS 14765 (D.Del. 1996) . . . . . . . . . . . . A 111

Tansey-Warner, Inc. v. Hooper, 1989 Del.Super.
LEXIS 479 (Del.Super. November 15, 1989) . . . . A 119

Tillman v. Pepsi Bottling Group, Inc., 2005
U.S.Dist.LEXIS 18891 (D. Del. 2005) . . . . . . . A 125

Williams v. National American Postal Workers
Union, 2005 U.S.Dist.LEXIS 7342 (D.Del. 2005) . . A 134