IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., : | |
| : | Civil Action No. |
| Plaintiff, : | 1:05-CV-00872-SLR |
| : | |
| v. : | |
| : | |
| THE TAX AUTHORITY, INC., et al. : | |
| : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on December 30, 2005, true and correct copies of the Motion of the Tax Authority, Inc. and Kenneth M. Leese, to Dismiss Plaintiff's Verified Complaint, supporting Memorandum of Law and proposed Order were electronically filed with the Clerk of the Court by using the CMM/ECF system, which will send a notice of electronic filing, and also that copies of such documents were deposited in the United States Mail, first-class mail, postage pre-paid, and addressed as follows:

        J.R. Julian, Esquire
        J.R. Julian, P.A.
        824 Market Street
        Suite 1001
        P.O. Box 2171
        Wilmington, DE 19899
          Attorney for Plaintiff

        Robert A. Piane
        4625 Sylvanus Drive
        Rockland Hills
        Wilmington, DE 19803

        Robert A. Piane, Jr.
        790 Salem Church Road
        Newark, DE 19702

        Piane Caterers, Inc.
        2130 North Market Street
        Wilmington, DE 19802

        */s/ Erin D. Edwards*
        _____
        Erin D. Edwards (No. 4392)
        Young Conaway Stargatt &
        Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE  19899-0391
**OF COUNSEL:**      (302) 571-6552
Howard A. Rosenthal   (302) 576-3471 (Fax)
Patrick J. Doran
Kevin C. Rakowski     *Attorney for Defendants*
Pelino & Lentz, P.C.   *The Tax Authority and*
One Liberty Place      *Kenneth M. Leese*
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536 (Fax)

DATED: December 30, 2005