IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PREFERRED TAX SERVICE, INC., | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 1:05-CV-00872-SLR |
| | : | |
| v. | : | |
| | : | |
| THE TAX AUTHORITY, INC., et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on January 3, 2006, true and correct copies of the Amended Brief in Support of Motion to Dismiss Plantiff's Verified Complaint of Defendants, the Tax Authority, Inc. and Kenneth M. Leese was electronically filed with the Clerk of the Court by using the CMM/ECF system, which will send a notice of electronic filing, and also that copies of such document were deposited in the United States Mail, first-class mail, postage pre-paid, and addressed as follows:

J.R. Julian, Esquire
J.R. Julian, P.A.
824 Market Street
Suite 1001
P.O. Box 2171
Wilmington, DE 19899
*Attorney for Plaintiff*

Michael J. Hood, Esquire
Michael J. Hood, LLC
1801 Mellon Bank Center
P.O. Box 1471
Wilmington, DE 19899
*Attorney for Defendants Robert A. Piane, Robert A. Piane, Jr., and Piane Caterers, Inc.*

**OF COUNSEL:**
Howard A. Rosenthal
Patrick J. Doran
Kevin C. Rakowski
Pelino & Lentz, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536 (Fax)

DATED: January 3, 2006

/s/ Erin D. Edwards

Erin D. Edwards (No. 4392)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6552
(302) 576-3471 (Fax)

*Attorney for Defendants The Tax Authority and Kenneth M. Leese*