IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC., :
: Civil Action No.
       Plaintiff, : 1:05-CV-00872-SLR
:
   v. :
:
THE TAX AUTHORITY, INC., et al., :
:
       Defendants. :

O R D E R.

AND NOW, this ____ day of _____, 2006, upon consideration of plaintiff's Motion for Temporary Restraining Order, and defendants' Brief and Affidavit in Opposition, it is ORDERED that plaintiff's Motion is DENIED.

BY THE COURT:

_____
Honorable Sue L. Robinson, U.S.D.J.