IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC., :
: Civil Action No.
    Plaintiff,           : 1:05-CV-00872-SLR
:
v.                          :
:
THE TAX AUTHORITY, INC., et al. :
:
    Defendants.          :
:

### CERTIFICATE OF SERVICE

The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on January 5, 2006, true and correct copies of the Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order of Defendants, the Tax Authority, Inc. and Kenneth M. Leese, with supporting Appendix and proposed Order, were electronically filed with the Clerk of the Court by using the CMM/ECF system, which will send a notice of electronic filing, and also that copies of such documents were deposited in the United States Mail, first-class mail, postage pre-paid, and addressed as follows:

> J.R. Julian, Esquire
> J.R. Julian, P.A.
> 824 Market Street
> Suite 1001
> P.O. Box 2171
> Wilmington, DE 19899
>   Attorney for Plaintiff
>
> Michael J. Hood, Esquire
> Michael J. Hood, LLC
> P.O. Box 1471
> Wilmington, DE 19899
>   Attorney for Piane Defendants

|  |  |
|---|---|
| **OF COUNSEL**:<br>Howard A. Rosenthal<br>Patrick J. Doran<br>Kevin C. Rakowski<br>Pelino & Lentz, P.C.<br>One Liberty Place<br>1650 Market Street<br>Thirty-Second Floor<br>Philadelphia, PA 19103-7393<br>(215) 665-1540<br>(215) 665-1536 (Fax) | /s/ Erin D. Edwards<br>Erin D. Edwards (No. 4392)<br>Young Conaway Stargatt &<br>Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6552<br>(302) 576-3471 (Fax)<br>*Attorney for Defendants*<br>*The Tax Authority and*<br>*Kenneth M. Leese* |