IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., : | |
| : | Civil Action No. |
| Plaintiff, : | 1:05-CV-00872-SLR |
| : | |
| v. : | |
| : | |
| THE TAX AUTHORITY, INC., et al. : | |
| : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on December 29, 2005, true and correct copies of the Motion and Order for Admission *Pro Hac Vice* of Howard A. Rosenthal, Patrick J. Doran and Kevin C. Rakowski [D.I. 3] was electronically filed with the Clerk of the Court by using the CMM/ECF system, which sent a notice of electronic filing, and also that, on January 5, 2006, copies of such document were deposited in the United States Mail, first-class mail, postage pre-paid, and addressed as follows:

J.R. Julian, Esquire
J.R. Julian, P.A.
824 Market Street
Suite 1001
P.O. Box 2171
Wilmington, DE 19899
*Attorney for Plaintiff*

Michael J. Hood, Esquire
Michael J. Hood, LLC
P.O. Box 1471
Wilmington, DE 19899
*Attorney for Defendants Robert A. Piane, Robert A. Piane, Jr., and Piane Caterers, Inc.*

**OF COUNSEL:**
Howard A. Rosenthal
Patrick J. Doran
Kevin C. Rakowski
Pelino & Lentz, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536 (Fax)

DATED: January 5, 2006

_____
Erin D. Edwards (No. 4392)
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6552
(302) 576-3471 (Fax)

*Attorney for Defendants The Tax Authority and Kenneth M. Leese*