LAW OFFICES

# J. R. JULIAN

PROFESSIONAL ASSOCIATION

824 MARKET STREET MALL, SUITE 1001

J. R. Julian  
Melissa A. LeBon*

*ADMITTED IN PA ONLY

P. O. Box 2171  
WILMINGTON, DELAWARE 19899

TELEPHONE (302) 658-6700

TELECOPIER (302) 658-6708

January 10, 2006

**BY HAND DELIVERY**

Hon. Sue L. Robinson  
Chief Judge  
United States District Court  
District of Delaware  
844 N. King Street  
Wilmington, DE 19801

> Re: **Preferred Tax Service, Inc. v. The Tax Authority, Inc., et al.**
> **C.A. No.:**                                    **1:05-cv-872(SLR)**

Dear Chief Judge Robinson:

I am writing to confirm that the parties will confer with the Court by teleconference on Thursday January 12, 2006 at 8:00 a.m. I will initiate the teleconference. The purpose of this teleconference is to discuss the case in general.

Respectfully yours,

J. R. JULIAN

JRJ/dwd

cc: Erin D. Edwards, Esq. (by telecopier 302 571-1253)  
     Clerk of the Court (hand delivered)  
     Mr. Edwin Swan (by e-mail calvin.harmon@preferredtax.com)