LAW OFFICES

# J. R. JULIAN

PROFESSIONAL ASSOCIATION

824 MARKET STREET MALL, SUITE 1001

J. R. Julian

P. O. Box 2171
WILMINGTON, DELAWARE 19899

TELECOPIER (302) 658-6708

TELEPHONE (302) 658-6700

January 18, 2006

**BY HAND DELIVERY**

Hon. Sue L. Robinson
Chief Judge
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   **Preferred Tax Service, Inc. v. The Tax Authority, Inc., et al.**
           **C.A. No.:                                  1:05-cv-872(SLR)**

Dear Chief Judge Robinson:

    On January 12, 2006 the Court conducted a status conference. As a result of that status conference it was agreed that Preferred Tax would file its responses to the Defendants' Motions to Dismiss and also file a response to Tax Authority and Leese's Brief in Opposition to the Request for a TRO by Wednesday January 18, 2006. It also was agreed that the Defendants would file their replies by Tuesday January 24, 2006. I am writing to request a one day extension on behalf of Preferred Tax Service, Inc., so that our filings would be due tomorrow, January 19, 2006. I was involved in a Third Circuit argument yesterday and the process took more time than I had anticipated. In addition, although I attended the training session this morning, I still do not have my password for electronic filing. I consulted with Ms. Edwards and Mr. Hood and they do not object to this request for a one day extension; however, they also requested that their time in which to reply be extended by one day to Wednesday January 25, 2006.

LAW OFFICES
J. R. JULIAN, P.A.

Hon. Sue L. Robinson
January 18, 2006
Re:   **Preferred Tax Service, Inc. v. The Tax Authority, et al.**
Page -2-

I very much appreciate the Court's consideration of this request.

Respectfully yours,

J. R. JULIAN

JRJ/dwd
cc:   Erin D. Edwards, Esq. (by telecopier 302 571-1253)
      Michael J. Hood, Esq. (by telecopier 302 777-1098)
      Clerk of the Court (hand delivered)
      Mr. Edwin Swan (by e-mail calvin.harmon@preferredtax.com)