IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC.<br>a Delaware corporation<br>        Plaintiff,<br>v.<br>THE TAX AUTHORITY, INC.<br>a New Jersey corporation<br>        and<br>KENNETH M. LEESE<br>        and<br>ROBERT A. PIANE<br>        and<br>ROBERT A. PIANE, JR.<br>        and<br>PIANE CATERERS, INC.<br>a Delaware corporation<br>        Defendants. | Civil Action No. **1:05-cv-872(SLR)** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE ITS ANSWERING BRIEFS**

Plaintiff, Preferred Tax Services, Inc., moves the Court for an Order granting it a one (1) day extension of time in which to file its answering briefs. In connection with this Motion, Plaintiff states the following:

    1.    On January 12, 2006 the Court conducted a status conference.

    2.    As a result of that status conference it was agreed by the parties, and approved by the Court, that Plaintiff Preferred Tax would file its responses to the Defendants' Motions to Dismiss and Tax Authority and Leese's Brief in Opposition to the Request for a TRO by Wednesday January 18, 2006. It also was agreed and ordered by the Court that the Defendants would file their reply pleadings by Tuesday January 24, 2006.

3. Plaintiff requests a one (1) day extension of time in which to file its answering briefs so that they will be due on Thursday January 19, 2006. Plaintiff's counsel requires the additional one (1) day due to the fact that yesterday he was involved in a Third Circuit argument that consumed more time than he had anticipated. In addition, although counsel attended a Court sponsored training session this morning, counsel still has not been issued a password for electronic filing.

4. Counsel for The Tax Authority, Inc., Leese, and the Piane entities, do not oppose this request. Counsel for those parties have requested that their time in which to respond also be extended one (1) day to Wednesday January 25, 2006.

WHEREFORE, Plaintiff requests a one (1) day extension to time to Thursday January 19, 2006 in which to file its two Answering Briefs.

           Respectively submitted,

BY: _____
J. R. Julian No.: 488
J. R. JULIAN, P.A.
824 Market Street
Suite 1001
P.O. Box 2171
Wilmington, DE 19899
(302) 658-6700
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that two copies of the attached Motion for Extension of Time were served in the manner indicated on this 18th day of January 2006 to the following registered participants:

        Erin D. Edwards, Esq.
        Young, Conaway, Stargatt & Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19899-0391
        **(1) copy by telecopier** 302 571-1253
        **(1) copy by U.S. Mail**

        Michael J. Hood, Esq.
        1701 Shallcross Avenue
        Suite C-1
        P.O. Box 1471
        Wilmington, DE 19899-1471
        **(1) copy by telecopier** 302 777-1098
        **(1) copy by U.S. Mail**

BY: _____
J. R. Julian
J. R. JULIAN, P.A.
824 Market Street
Suite 1001
P.O. Box 2171
Wilmington, DE 19899