IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC. :<br>a Delaware corporation :<br>      Plaintiff, :<br>v. :<br>THE TAX AUTHORITY, INC. :<br>a New Jersey corporation :<br>    and :<br>KENNETH M. LEESE :<br>    and :<br>ROBERT A. PIANE :<br>    and :<br>ROBERT A. PIANE, JR. :<br>    and :<br>PIANE CATERERS, INC. :<br>a Delaware corporation :<br>      Defendants. : | Civil Action No. **1:05-cv-872(SLR)** |

## ORDER

AND NOW TO WIT this ____ day of January 2006, the Court having considered Plaintiff's Motion for a one (1) day extension of time in which to file its two answering briefs by consent of the other parties, it is hereby ordered that the Motion is granted and Plaintiff shall file its two answering briefs by Thursday January 19, 2006. It is further ordered that Defendants shall have until Wednesday January 24, 2006 in which to file their reply pleadings.

IT IS SO ORDERED.

 

_____
Hon. Sue L. Robinson, Chief Judge