## CERTIFICATE OF SERVICE

I hereby certify on January 25, 2006 I electronically filed Defendant's Reply Brief in Support of Motion to Dismiss Plaintiff's Verified Complaint of Defendants, Robert Piane, Robert Piane, Jr. and Piane Caterers, Inc. with the Clerk of Court using CM/EMF which will send notification of such filing to the following:

J. R. Julian, Esquire
J. R. JULIAN, P.A.
824 Market Street, Suite 1001
P. O. Box 2171
Wilmington, DE 19899-2171

Erin D. Edwards, Esquire
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

BY: _____
Michael J. Hood (No. 2080)
MICHAEL J. HOOD, LLC
1701 Shallcross Ave. Ste. C
P. O. Box 1471
Wilmington, DE 19899
(302)777-1000
(302)777-1098 (Fax)

Attorney for Defendants,
Robert Piane, Robert Piane,
Jr., and Piane Caterers, Inc.