## CERTIFICATE OF SERVICE

I hereby certify on January 26, 2006 I electronically filed the Defendants, Robert Piane, Robert Piane, Jr. and Piane Caterers, Inc. Response to Plaintiff's Motion to Seal Confidential Documents with the Clerk of Court using CM/EMF which will send notification of such filing to the following:

> J. R. Julian, Esquire
> J. R. JULIAN, P.A.
> 824 Market Street, Suite 1001
> P. O. Box 2171
> Wilmington, DE 19899-2171

> Erin D. Edwards, Esquire
> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899-0391

BY: _____
Michael J. Hood (No. 2080)
MICHAEL J. HOOD, LLC
1701 Shallcross Ave. Ste. C
P. O. Box 1471
Wilmington, DE 19899
(302)777-1000
(302)777-1098 (Fax)

Attorney for Defendants,
Robert Piane, Robert Piane,
Jr., and Piane Caterers, Inc.