IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC., :
: Civil Action No.
       Plaintiff, : 1:05-CV-00872-SLR
:
   v. :
:
THE TAX AUTHORITY, INC., et al.,:
:
       Defendants. :

## O R D E R.

AND NOW, this ____ day of _____, 2006, upon consideration of defendants' Motion to Strike Letter, and any response thereto, and for good cause shown, it is ORDERED that plaintiff's letter dated January 27, 2006 [D.I. No. 28] is STRICKEN and will be removed from the docket.

BY THE COURT:

_____
Honorable Sue L. Robinson, U.S.D.J.