IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., | : |
| | : Civil Action No. |
| Plaintiff, | : 1:05-CV-00872-SLR |
| | : |
| v. | : |
| | : |
| THE TAX AUTHORITY, INC., et al. | : |
| | : |
| Defendants. | : |
| | : |

### CERTIFICATE OF SERVICE

The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on February 1, 2006, a true and correct copy of the Response to Plaintiff's Motion to Seal Confidential Document was electronically filed with the Clerk of the Court by using the CMM/ECF system, which will send a notice of electronic filing, and also that copies of such documents were deposited in the United States Mail, first-class mail, postage pre-paid, addressed as follows:

    J.R. Julian, Esquire
    J.R. Julian, P.A.
    824 Market Street
    Suite 1001
    P.O. Box 2171
    Wilmington, DE 19899
      Attorney for Plaintiff

    Michael J. Hood, Esquire
    Michael J. Hood, LLC
    P.O. Box 1471
    Wilmington, DE 19899
      Attorney for Piane Defendants

|  |  |
|---|---|
| **OF COUNSEL**:<br>Howard A. Rosenthal<br>Patrick J. Doran<br>Kevin C. Rakowski<br>Pelino & Lentz, P.C.<br>One Liberty Place<br>1650 Market Street<br>Thirty-Second Floor<br>Philadelphia, PA 19103-7393<br>(215) 665-1540<br>(215) 665-1536 (Fax) | /s/ Erin D. Edwards<br>Erin D. Edwards (No. 4392)<br>Young Conaway Stargatt &<br>Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6552<br>(302) 576-3471 (Fax)<br>  *Attorney for Defendants*<br>  *The Tax Authority and*<br>  *Kenneth M. Leese* |