IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC., :
a Delaware corporation,         :
                                :    C.A. No.: **1:05-cv-872(SLR)**
         Plaintiff,             :
                                :
v.                              :
                                :
THE TAX AUTHORITY, INC.,        :    **JURY TRIAL DEMANDED**
a New Jersey corporation, et al., :
                                :
         Defendants.            :

## ORDER

AND NOW TO WIT this 8th day of February [January crossed out], 2006, the Plaintiff, Preferred Tax Service, Inc. ("Preferred Tax"), having filed a Motion to Seal Confidential Documents, specifically the first exhibit of the defendants' Appendix (Dk 11, pp. A1 – A17) and the third exhibit of the defendants' Appendix (Dk 14, pp. App 10 – App 26), and the Court having heard counsel for the parties, the Motion is GRANTED and Docket entries 11, pp. A1 – A17, and 14, pp. App 10 – App 26, are hereby sealed.

IT IS SO ORDERED.

_____
Hon. Sue L. Robinson, Chief Judge