LAW OFFICES

# J. R. JULIAN

PROFESSIONAL ASSOCIATION

824 MARKET STREET MALL, SUITE 1001

J. R. Julian  
Melissa A. LeBon*

*ADMITTED IN PA ONLY

P. O. Box 2171  
WILMINGTON, DELAWARE 19899

TELEPHONE (302) 658-6700

TELECOPIER (302) 658-6708

February 10, 2006

**BY E-MAIL**  
Hon. Sue L. Robinson  
Chief Judge  
J. Caleb Boggs Federal Building  
844 N. King Street  
Room 6124  
Lockbox 31  
Wilmington, DE 19801

    RE: **Preferred Tax Services, Inc. v. The Tax Authority, Inc., et al.**  
          **Civil Action No.:                         1:05-cv-00872-SLR**

Dear Chief Judge Robinson:

    Pursuant to the Court's instructions, we researched RICO cases in an effort to locate case law that specifically addressed a four month period under the "continuity" requirement for a "single victim, single scheme" RICO claim. We have not been able to locate case law that addresses the Court's comments in a specific way; however, we offer the Court Tabas v. Tabas, 47 F.3d 1280 (3d Cir. 1995) in support of the Plaintiff's position.

                                              Respectfully yours,

                                              J. R. JULIAN