IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PREFERRED TAX SERVICE, INC., | : | |
| Plaintiff, | : : | Civil Action No.<br>1:05-CV-00872-SLR |
| v. | : : | |
| ROBERT PIANE et al., | : : | |
| Defendants. | : | |

### ORDER

It is so ordered this ___ day of _____, 2006 that Piane Defendants' Motion for F.R.C.P. 11 Sanctions is granted. The Plaintiff's counsel and Plaintiff are jointly and severally liable and Defendants are granted attorney's fees in the amount of _____.

BY THE COURT:

It is so ordered:

_____
Honorable Sue L. Robinson, U.S.D.J.