## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC.,     :

                        :     Civil Action No.

       Plaintiff,       :     1:05-CV-00872-SLR

                        :

                        :

     v.                  :

                        :

ROBERT PIANE et al.,        :

                        :

       Defendants.     :

## CERTIFICATE OF SERVICE

I, **Michael J. Hood**, hereby certify I electronically filed the Defendants, Robert Piane, Robert

Piane, Jr. and Piane Caterers, Inc. Motion for Sanctions and a Brief in Support with the Clerk of

Court using CM/EMF which will send notification of such filing to the following:

> J. R. Julian, Esquire
> J. R. JULIAN, P.A.
> 824 Market Street, Suite 1001
> P. O. Box 2171
> Wilmington, DE 19899-2171

> Erin D. Edwards, Esquire
> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P. O. Box 391
> Wilmington, DE 19899-0391

                    BY:

> Michael J. Hood (No. 2080)
> MICHAEL J. HOOD, LLC
> 1701 Shallcross Ave. Ste. C
> P. O. Box 1471
> Wilmington, DE 19899
> (302)777-1000
> (302)777-1098 (Fax)

> Attorney for Defendants,
> Robert Piane, Robert Piane,
> Jr., and Piane Caterers, Inc.