IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC., :
:
: Civil Action No.
Plaintiff, : 1:05-CV-00872-SLR
:
v. :
:
THE TAX AUTHORITY, INC., et al. :
:
:
Defendants. :
:

---

**CERTIFICATE OF SERVICE**

---

The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on May 11, 2006, true and correct copies of the Motion for Sanctions Pursuant to Rule 11, F.R.C.P., of Defendants, The Tax Authority, Inc. and Kenneth M. Leese, supporting Brief and Appendix, and proposed Order were electronically filed with the Clerk of the Court by using the CMM/ECF system, which will send a notice of electronic filing, and also that copies of such documents were deposited in the United States Mail, first-class mail, postage pre-paid, and addressed as follows:

J.R. Julian, Esquire
J.R. Julian, P.A.
824 Market Street
Suite 1001
P.O. Box 2171
Wilmington, DE  19899
   Attorney for Plaintiff

Michael J. Hood, Esquire
Michael J. Hood, LLC
P.O. Box 1471
Wilmington, DE 19899
  Attorney for Piane Defendants

_____
Erin D. Edwards
  Delaware Bar I.D. 4392
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6552
(302) 576-3471
  Attorney for Defendants,
  The Tax Authority and
  Kenneth M. Leese

**OF COUNSEL:**
Howard A. Rosenthal
Patrick J. Doran
Kevin C. Rakowski
Pelino & Lentz, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536

DATED: May 11, 2006