IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., : | |
| : | |
| : | Civil Action No. |
| Plaintiff, : | 1:05-CV-00872-SLR |
| : | |
| v. : | |
| : | |
| THE TAX AUTHORITY, INC., et al. : | |
| : | |
| : | |
| Defendants. : | |
| : | |

### CERTIFICATE OF SERVICE

The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on May 11, 2006, true and correct copies of the Motion for Sanctions Pursuant to Rule 11, F.R.C.P., of Defendants, The Tax Authority, Inc. and Kenneth M. Leese, supporting Brief and Appendix, and proposed Order were electronically filed with the Clerk of the Court by using the CMM/ECF system, which will send a notice of electronic filing, and also that copies of such documents were deposited in the United States Mail, first-class mail, postage pre-paid, and addressed as follows:

>J.R. Julian, Esquire
>J.R. Julian, P.A.
>824 Market Street
>Suite 1001
>P.O. Box 2171
>Wilmington, DE  19899
>   Attorney for Plaintiff

          Michael J. Hood, Esquire
          Michael J. Hood, LLC
          P.O. Box 1471
          Wilmington, DE 19899
            Attorney for Piane Defendants

          /s/ Erin D. Edwards
          Erin D. Edwards
            Delaware Bar I.D. 4392
          Young Conaway Stargatt &
          Taylor, LLP
          The Brandywine Building
          1000 West Street, 17th Floor
          P.O. Box 391
          Wilmington, DE  19899-0391

**OF COUNSEL:**
Howard A. Rosenthal
Patrick J. Doran
Kevin C. Rakowski
Pelino & Lentz, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536

DATED: May 11, 2006

          (302) 571-6552
          (302) 576-3471
            Attorney for Defendants,
            The Tax Authority and
            Kenneth M. Leese