IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC., :
:
: Civil Action No.
      Plaintiff, : 1:05-CV-00872-SLR
:
  v. :
:
THE TAX AUTHORITY, INC., et al. :
:
:
      Defendants. :
:

### CERTIFICATE OF SERVICE

    The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on May 11, 2006, true and correct copies of the Motion for Sanctions Pursuant to Rule 11, F.R.C.P., of Defendants, The Tax Authority, Inc. and Kenneth M. Leese, supporting Brief and Appendix, and proposed Order were electronically filed with the Clerk of the Court by using the CMM/ECF system, which will send a notice of electronic filing, and also that copies of such documents were deposited in the United States Mail, first-class mail, postage pre-paid, and addressed as follows:

                J.R. Julian, Esquire
                J.R. Julian, P.A.
                824 Market Street
                Suite 1001
                P.O. Box 2171
                Wilmington, DE  19899
                    Attorney for Plaintiff

                    Michael J. Hood, Esquire
                    Michael J. Hood, LLC
                    P.O. Box 1471
                    Wilmington, DE 19899
                      Attorney for Piane Defendants

                    /s/ Erin D. Edwards
                    Erin D. Edwards
                      Delaware Bar I.D. 4392
                    Young Conaway Stargatt &
                    Taylor, LLP
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    P.O. Box 391
                    Wilmington, DE  19899-0391

**OF COUNSEL:**            (302) 571-6552
Howard A. Rosenthal     (302) 576-3471
Patrick J. Doran          Attorney for Defendants,
Kevin C. Rakowski        The Tax Authority and
Pelino & Lentz, P.C.    Kenneth M. Leese
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536

DATED: May 11, 2006