IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE TAX AUTHORITY, INC., a New Jersey corporation, et al.,<br><br>Defendants. | :<br>:<br>:   C.A. No.: **1:05-cv-872(SLR)**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW TO WIT this ____ day of June 2006, the Court having considered Plaintiff's Motion for an extension of time in which to file its opposition to motions and briefs, and having heard from the parties, it is hereby ordered that the Motion for Enlargement of Time is granted and Plaintiff shall file its opposition to motions and briefs by Friday June 23, 2006. It is further ordered that Defendants shall have until Friday July 7, 2006 in which to file their reply pleadings.

IT IS SO ORDERED.

_____
Hon. Sue L. Robinson, Chief Judge