IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PREFERRED TAX SERVICE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-872 SLR |
| | : | |
| THE TAX AUTHORITY, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of Richard R. Wier, Jr. on behalf of the Plaintiff, Preferred Tax Service, Inc., and its counsel, J. R. Julian, Esq. in the above captioned matter.

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier
_____
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PREFERRED TAX SERVICE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-872 SLR |
| | : | |
| THE TAX AUTHORITY, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June that I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record.

RICHARD R. WIER, JR., P.A.

/s/ Richard R. Wier
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222