IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PREFERRED TAX SERVICE, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-872 SLR |
| THE TAX AUTHORITY, INC., et al., | : | |
| Defendants. | : | |

### STIPULATION FOR EXTENSION OF TIME

NOW COME the parties, by and through counsel, in the above captioned case and stipulate, subject to the approval by the Court, that the time within which the Plaintiff and its counsel may file their Brief in Response/Opposition to the Motion for Sanctions is extended to and through June 30, 2006.

_/s/ Richard R. Wier, Jr._
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222
Attorneys for Plaintiff

_/s/ Michael J. Hood_
Michael J. Hood (#2080)
1701 Shallcross Avenue
PO Box 1771
Wilmington, DE 19899
(302)777-1000
Attorneys for Defendants
Robert Pitone,
Robert Pitone, Jr.

Respectfully Submitted:

_/s/ Patrick J. Doran_
Patrick J. Doran
Pelino & Lentz, P.C.
One Liberty Plaza
1650 Market St., 32nd Floor
Philadelphia, PA 19103
(215)665-1540
Attorney for Defendants
Tax Authority and
Kenneth Leese

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PREFERRED TAX SERVICE, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-872 SLR |
| | : | |
| THE TAX AUTHORITY, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon the Stipulation requesting an extension for the Plaintiff and its counsel to file their Brief in Response/Opposition to Defendants' Motion for Sanctions being duly considered by the Court.

IT IS ORDERED, this _____ day of _____ A.D. 2006 that Plaintiff's and counsel's Brief in Response/Opposition to the Defendants' Motions for Sanctions is extended to and through June 30, 2006.

_____
Chief Judge Sue L. Robinson
District Court District of Delaware