## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC.,  :

          Plaintiff,  :

      v.  :

ROBERT PIANE et al.,  :

          Defendants.  :

Civil Action No.
1:05-CV-00872-SLR

### STIPULATION TO EXTEND TIME FOR A REPLY BRIEF.

It is agreed between the parties that defendants' Reply Brief in Support of their Motion for Sanctions pursuant to F.R.C.P. 11, is extended to July 14, 2006.

Michael J. Hood (No. 2080)
MICHAEL J. HOOD, LLC
1701 Shallcross Ave. Ste. C
P. O. Box 1471
Wilmington, DE 19899
(302)777-1000
(302)777-1098 (Fax)
Attorney for Defendants,
Robert Piane, Robert Piane, Jr.,
and Piane Caterers, Inc.

RICHARD R. WIER, JR., P.A.
Richard R Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 220
Wilmington, DE 19806
(302) 888-3222

PELINO & LENTZ, P.C.

Patrick J. Doran, (#
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 246-3175

Dated: July 6, 2006

IT IS SO ORDERED this _____ , day of _____, 2006.

BY THE COURT:

_____
Honorable Sue L. Robinson, U.S.D.J.