IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC., :
: Civil Action No.
Plaintiff, : 1:05-CV-00872-SLR
:
:
v. :
:
ROBERT PIANE et al., :
:
Defendants. :

### CERTIFICATE OF SERVICE

I, Michael J. Hood, hereby certify, that that on this 7th, day of July, 2006 that I electronically filed the attached with the Clerk of the Court through CM/ECF whish will said notice of said filing to counsel of record.

_____
Michael J. Hood (No. 2080)
MICHAEL J. HOOD, LLC
1701 Shallcross Ave. Ste. C
P. O. Box 1471
Wilmington, DE 19899
(302)777-1000
(302)777-1098 (Fax)

Attorney for Defendants,
Robert Piane, Robert Piane, Jr.,
and Piane Caterers, Inc.