IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., : | |
| : | Civil Action No. |
| Plaintiff, : | 1:05-CV-00872-SLR |
| : | |
| v. : | |
| : | |
| THE TAX AUTHORITY, INC., et al., : | |
| : | |
| Defendants. : | |

**NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS PURSUANT TO RULE 11, F.C.R.P., OF DEFENDANTS, THE TAX AUTHORITY, INC. AND KENNETH M. LEESE**

Defendants The Tax Authority, Inc. and Kenneth M. Leese hereby withdraw their Motion for Sanctions Pursuant to Rule 11, F.C.R.P. against plaintiff, Preferred Tax Service, Inc. and its counsel (D.I. 38).

Erin D. Edwards (No. 4392)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6552
(302) 576-3471 (Fax)

*Attorney for Defendants*
*The Tax Authority and*
*Kenneth M. Leese*

**OF COUNSEL**:
Howard A. Rosenthal
Patrick J. Doran
Kevin C. Rakowski
Pelino & Lentz, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536 (Fax)

DATED: July 7, 2006