IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PREFERRED TAX SERVICE, INC., : | |
| : | Civil Action No. |
| Plaintiff, : | 1:05-CV-00872-SLR |
| : | |
| v. : | |
| : | |
| THE TAX AUTHORITY, INC., et al., : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

The undersigned counsel for defendants, The Tax Authority and Kenneth M. Leese, certifies that, on July 7, 2006, a true and correct copy of the Notice of Withdrawal of Motion for Sanctions Pursuant to Rule 11, F.C.R.P., of Defendants, The Tax Authority, Inc. and Kenneth M. Leese was electronically filed with the Clerk of the Court by using the CMM/ECF system, which will send a notice of electronic filing, and also that copies of such document were deposited in the United States Mail, first-class mail, postage pre-paid, and addressed as follows:

> J.R. Julian, Esq.
> J.R. Julian, P.A.
> 824 Market Street, Suite 1001
> P.O. Box 2171
> Wilmington, DE 19899
> *Attorney for Plaintiff*

Richard R. Wier, Jr., Esq.
Daniel W. Scialpi, Esq.
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
*Attorney for Plaintiff and Its Counsel, J.R. Julian, Esq.*

Michael J. Hood, Esq.
Michael J. Hood, LLC
P.O. Box 1471
Wilmington, DE 19899
*Attorney for the Piane Defendants*

[signature]

Erin D. Edwards (No. 4392)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6552
(302) 576-3471 (Fax)

*Attorney for Defendants*
*The Tax Authority and*
*Kenneth M. Leese*

**OF COUNSEL**:
Howard A. Rosenthal
Patrick J. Doran
Kevin C. Rakowski
Pelino & Lentz, P.C.
One Liberty Place
1650 Market Street
Thirty-Second Floor
Philadelphia, PA 19103-7393
(215) 665-1540
(215) 665-1536 (Fax)

DATED: July 7, 2006