IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PREFERRED TAX SERVICE, INC.,            :
                                        :   Civil Action No.
       Plaintiff,                       :   1:05-CV-00872-SLR
                                        :
                                        :
v.                                      :
                                        :
ROBERT PIANE et al.,                    :
                                        :
       Defendants.                      :

### NOTICE OF WITHDRAWAL OF MOTION FOR SANCTINS PURSUANT TO RULE 11, F.C.R.P., OF DEFENDANTS, ROBERT PIANE, SR., ROBERT PIANE, JR.; AND PIANE CATERS, INC.

Defendants, Robert Piane, Sr., Robert Piane, Jr., and Piane Caterers, Inc. hereby withdraw their Motion for Sanctions Pursuant to Rule 11, F.C.R.P., against plaintiff, Preferred Tax Service, Inc. and its Counsel (D.I. 37).

                                        _____
                                        Michael J. Hood (No. 2080)
                                        MICHAEL J. HOOD, LLC
                                        1701 Shallcross Ave. Ste. C
                                        P. O. Box 1471
                                        Wilmington, DE 19899
                                        (302)777-1000
                                        (302)777-1098 (Fax)
                                        Attorney for Defendants,
                                        Robert Piane, Robert Piane, Jr.,
                                        and Piane Caterers, Inc.

Dated: July 10, 2006